



★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00881-CV

**GMG HEALTH SYSTEMS ASSOCIATES, PA** D/B/A Gonzaba Medical Group,
Appellant

v.

Olga **ZAMORA**, Individually and as Representative of The Estate of Jeffery Zamora,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI04044
Honorable Michael Peden, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  February 9, 2011

DISMISSED

The appellant and the appellees each filed separate motions to dismiss this appeal on the grounds that all matters in dispute have been resolved. The motions are both GRANTED. This appeal is DISMISSED.

PER CURIAM